STATE v. WILLIAM H. DEAVER and another.

Where the Court below upon motion of a defendant (a U. S. officer) in an indictment for conspiracy, ordered the removal of the cause to a Federal Court in pursuance of § 643 of the Revised Statutes of the United States; *Held*, not to be error.

(*State* v. *Hoskins*, *ante*, 530, cited and approved.)

MOTION for the Removal of a Cause upon petition of defendants, made in pursuance of the United States Revised Statutes, § 643, heard at Spring Term, 1877, of RUTHERFORD Superior Court, before *Cloud, J.*

The defendant, Deaver, a United States Deputy Collector, and the defendant, J. W. Green, a United States Commissioner, were indicted at Fall Term, 1876, of said Court, for a conspiracy to extort money from one Henry Summit, who was arrested at the instance of these defendants and carried before said Commissioner, to answer an alleged charge of defrauding the revenue of the United States in having in his possession manufactured tobacco, without the same being stamped as required by law. When the case was called, the defendants, moved the Court to order its Clerk to send to the United States Circuit Court for the Western District of North Carolina, a transcript of the record in obedience to a Writ of Certiorari issued therefrom. This motion was resisted on the ground that the Act of Congress authorizing the removal of a cause of this character was unconstitutional. His Honor being of a contrary opinion allowed the motion, and *Montgomery*, Solicitor for the State, appealed.

Same counsel as in *State* v. *Hoskins, ante,* 530.

READE, J. The principles involved in this case are the same as those in *State* v. *Hoskins, ante,* 530, and the decision

is the same, and the opinion in that case will be certified as the opinion in this case.

There is no error.

PER CURIAM.      Judgment affirmed.

---

BYNUM, J. having been of counsel in the Court below, did not sit on the hearing of *Moore v. Valentine, ante,* 188.

---

In paragraph " 2 " of syllabus in *Long* v. *Long, ante,* 304, read  \*  \*  \*  " was procured by the fraud of the defendant in *not* disclosing the fact of her then pregnancy, &c."

In paragraph " 2 " of syllabus in *Churchill* v. *Lee, ante,* 341, read, " Although the affirmative *of* the issues, &c."